Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| | | |
|---|---|---|
| ORIENTAL BANK<br><br>Apelado<br><br>V.<br><br>ZAF CORPORATION; GRANITE STONE DESIGN; **FIDEL CASTILLO ORTIZ**; ZULMA CASTILLO ORTIZ; ANGELINA ORTIZ CINTRÓN<br><br>Apelante | KLAN202400023 | APELACIÓN procedente del Tribunal de Primera Instancia, Sala Superior de Bayamón<br><br>Civil núm.:<br>D CD2014-3040<br><br>Sobre:<br>Cobro de Dinero y Ejecución de Hipoteca por la Vía Ordinaria |

Panel integrado por su presidente el juez Rivera Torres, la jueza Santiago Calderón y la jueza Álvarez Esnard

**Rivera Torres, Juez Ponente**

**SENTENCIA**

En San Juan, Puerto Rico, a 29 de enero de 2024.

Atendido el *Aviso de Desistimiento, Recurso KLAN 2024-00023 ante Contrato de Transacción entre las Partes*, presentado por la parte apelante el 22 de enero de 2024, como se pide.

Se ordena el cierre y archivo del recurso del presente caso de conformidad con la Regla 83 (A) del Reglamento del Tribunal de Apelaciones, 4 LPRA, Ap. XXII-B, R. 83 (A).

Por otra parte, y conforme a la facultad que nos confiere la Regla 85 de nuestro Reglamento, imponemos a la señora Grace Monge La Fosse una sanción de $2,000.00 por su conducta temeraria y frívola al no acatar los dictámenes relacionados al presente caso.[1] Destacamos que la conducta de la señora Monge La Fosse ha sido referida al Tribunal Supremo, a fin de que dicho foro determine si sus actuaciones constituyen un intento de practicar la profesión legalmente mediante subterfugios y en contravención a su

---

[1] Véanse los recursos KLAN202200391 y el KLAN202300604.

suspensión de dicho ejercicio.[2] **La referida sanción deberá pagarse en sellos de Rentas Internas a cancelarse en la Secretaría del Tribunal de Apelaciones en o antes del 5 de febrero de 2024.**

**Notifíquese inmediatamente**.

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.


LCDA. LILIA M. OQUENDO SOLÍS
Secretaria del Tribunal de Apelaciones

---

[2] Vénse los recursos KLAN202200258 y KLCE202200440. A su vez, la señora Monge La Fosse ha realizado la misma conducta en los siguientes casos: KLAN202200477; KLAN202300628 consolidado con KLAN202300070; KLAN202200042; KLCE202200440 y KLCE202300806.